# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **JACI LOVELESS BRASHER** | **CASE NO.  6:24-CV-00207** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **15ᵗʰ JUDICIAL DISTRICT COURT, ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's claims against the 15ᵗʰ Judicial District Court; Lafayette Parish Corrections Center; Lafayette Parish Sheriff's Office; Iberia Parish Sheriff's Department; Broussard Police Department; State of Louisiana; the Department of Children and Family Services; Lafayette District Attorney's Office; Judge Theall; Judge Blanchet; Courtney Guillory; Jean Hill; Kim Melancon; Kelly Sanford; Karala Smith; Commissioner Douget; District Attorney Donald Landry;

Assistant District Attorney Chris Richard; William Keaty; Rebecca Bayless; Bradford Felder; Julie Felder; Larry Brasher, Sr.; Donna Brasher; Larry Brasher, Jr.; Shaun Fritz; Brittany Fritz; Tracy Doshier; Worth Counseling Group; Christy Nicko; St. Pius Elementary School; and Scott Frank/the Cajun Detective are DISMISSED WITH PREJUDICE.

Signed at Lafayette, Louisiana, this 27th day of June, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE