# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **JACI LOVELESS BRASHER** | **CASE NO. 6:24-CV-00207** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **15th JUDICIAL DISTRICT COURT, ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and considering the objection filed by Plaintiff, this Court concludes that Plaintiff's Objection is without merit, the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

Signed at Lafayette, Louisiana, this 6th day of August, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE